UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>MACERICH CERRITOS, LLC, a Delaware Limited Liability Company; P.F. CHANG'S CHINA BISTRO, INC., a Delaware Corporation; and DOES 1-10,<br><br>            Defendants. | Case No:  2:19-cv-07551-SVW(JPRx)<br><br>**JUDGMENT**  Complaint Filed: September 3, 2019 Trial Date: April 21, 2020 |

On February 19, 2020, Defendants Macerich Cerritos, LLC, and P.F. Chang's China Bistro, Inc. ("Defendants") filed a motion for summary judgment. On March 19, 2020, after full briefing by the parties and having fully considered the evidence presented, the Court granted Defendants' motion for summary judgment in its entirety; and

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff Luis Marquez take nothing by his Complaint;

2. That judgment on the merits is hereby entered in favor of Defendants Macerich Cerritos, LLC and P.F. Chang's China Bistro, Inc., against Plaintiff Luis Marquez;

3. That Plaintiff's Complaint is dismissed with prejudice for the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment entered on March 19, 2020;

4. That Defendants Macerich Cerritos, LLC and P.F. Chang's China Bistro, Inc. are prevailing parties; and

5. That Defendants Macerich Cerritos, LLC, and P.F. Chang's China Bistro, Inc., shall file an application to tax costs.

**IT IS HEREBY ORDERED**

Dated: May 6, 2020

_____
Honorable Stephen V. Wilson

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On March 31, 2020 I served the foregoing document entitled **[PROPOSED] JUDGMENT** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Raymond Ballister Jr.<br>Phyl Grace<br>Russell Handy<br>Dennis Price<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 | Attorneys for Plaintiff<br>LUIS MARQUEZ<br><br>Tel: 858.375.7385<br>Fax: 888.422.5191<br>phylg@potterhandy.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 31, 2020 at Los Angeles, California.

| Kristine Gonzalez | By: | */s/ Kristine Gonzalez* |
|---|---|---|
| Print Name | | Signature |